

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW  
CLERK OF COURT

CLERK'S OFFICE  
202-275-8000

December 22, 2023

2024-1076 - Beacon Point Associates LLC v. DVA

# NOTICE OF NON-COMPLIANCE

The documents (Appendix and Opening Brief) submitted by Beacon Point Associates LLC are not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of these documents correcting the following:

- The captions provided on the documents do not follow the official caption provided by the Clerk. The official caption can be found on the docket report. Fed. Cir. R. 32(a).

    *[Clerk's Note: See party designations.]*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: A. Kleydman, Deputy Clerk